UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2016

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Russette, Kristina Dawn | Docket No. | 1:16-CR-02006-EFS-11 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kristina Russette, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke in the Court at Yakima, Washington, on the 16th day of March 2016, under the following condition:

**Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether the defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #4**: The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington, by consuming controlled substances, methamphetamine, opiates and marijuana, on or about May 18, 2016.

REQUESTING THE INCORPORATION OF THE VIOLATION CONTAINED IN THIS PETITION WITH THE VIOLATIONS PENDING BEFORE THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

| | Executed on: | May 24, 2016 |
| by | s/Linda Leavitt | |
| | Linda J. Leavitt | |
| | U.S. Pretrial Services Officer | |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

5/24/2016
Date