# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kristina Dawn Russette              Case Number: 0980 1:16CR02006-EFS-11

Address of Offender:                                  Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 15, 2017

Original Offense:     Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846

Original Sentence:    Prison - 30 Months;            Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Benjamin David Seal            Date Supervision Commenced: July 19, 2018

Defense Attorney:     Federal Public Defender        Date Supervision Expires: July 18, 2021

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/28/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Ms. Russette is alleged to have violated mandatory condition number 3 by ingesting both morphine and codeine on or about March 2, 2020, based on urinalysis testing.<br><br>On July 19, 2018, Ms. Kristina Russette signed her conditions relative to case number 1:16CR02006-EFS-11, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Russette was made aware by her U.S. Probation officer that she was required to refrain from using any illicit substances.<br><br>Specifically, on March 2, 2020, Ms. Russette reported to the U.S. Probation Office in Spokane, Washington, to participate in urinalysis testing, as directed. Ms. Russette subsequently submitted a urine sample that reflected as presumptive positive for morphine. Ms. Russette denied ingesting any illicit substance or prescription medication that would be |

consistent with the results as outlined herein, and the sample was forwarded to the contract laboratory for verification. On March 7, 2020, the results were received relative to the sample submitted by Ms. Russette on March 2, 2020, in which the results confirmed the sample as being positive for both morphine and codeine. On March 10 and 11, 2020, attempts to contact Ms. Russette went without response.

On March 12, 2020, the undersigned officer was able to make telephonic contact with the client in her hotel room, who reported recent problems with her cell phone, and who later in person reported on the day in question. Ms. Russette continues to deny any intentional use of either morphine or codeine, or any substance that would yield such results, and remains resolute in her denial of this offense. Ms. Russette was able to submit to urinalysis testing on the day in question that was in fact negative for all tested substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2020

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Edward F. Shea

Signature of Judicial Officer

March 13, 2020

Date