PROB 12C
(6/16)

Report Date: May 29, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kristina Dawn Russette | Case Number: 0980 1:16CR02006-EFS-11 |
| Address of Offender: | Spokane Valley, Washington 99216 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 15, 2017

Original Offense:   Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: July 19, 2018 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: July 18, 2021 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/28/2020, and 03/13/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On May 21, 2020, Ms. Russette was in direct violation of mandatory condition number 1 by being charged with two counts of possession of a controlled substance in violation of 21 U.S.C. § 841(a)(1).

On July 19, 2018, Ms. Kristina Russette signed her conditions relative to case number 1:16CR02006-EFS-11, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Russette was made aware by her U.S. probation officer that she was required to refrain from committing another federal, state or local crime.

On May 29, 2020, the undersigned officer received a police report from the Kalispel Tribe (2020-82004423). In this report, the officer states that on May 21, 2020, Ms. Russette's vehicle was pulled over due to the officer being unable to read the temporary plate located on Ms. Russette's vehicle.

Prob12C
Re: Russette, Kristina Dawn
May 29, 2020
Page 2

The officer conducted a records check and found Ms. Russette to be on supervision for distribution of methamphetamine. He also stated that Ms. Russette was very nervous during his interaction with her. A narcotics K-9 unit was dispatched to the scene to conduct an open air sniff of the vehicle. Both Ms. Russette and her passenger were asked if there were any drugs in the vehicle. Both reported they were unaware of any drugs located inside the vehicle.

The K-9 had two positive sit alerts on the vehicle and Ms. Russette signed a consent form to search the vehicle. Located inside the driver's door was a black plastic baggie. The substance inside the baggie tested positive for heroin. It later weighed out as 10.9 grams of heroin.

The officer continued the search and located more heroin concealed in the center console of the vehicle. It weighed at 1.5 grams. A CD digital scale, with a white powdery substance, was located by the passenger's feet along with small zip lock baggies and two torch lights. In the back seat of the vehicle, a purse was located with 779.6 grams of methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/29/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

6/1/2020

Date