FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTINA DAWN RUSSETTE,<br><br>Defendant. | No. 2:16-CR-02006-EFS-11<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION DENIED**<br>**(ECF No. 886)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 886**, pending her December 2, 2020 supervised release revocation hearing. Defendant recites in her motion that both the United States and U.S. Probation oppose this request.

The Court has considered Defendant's motion at **ECF No. 886,** the Petitions at **ECF Nos. 843, 881**, and the report of the probation officer at **ECF No. 878.**

Defendant specifically requests to either be relieved of the present location monitoring and home detention requirements or be allowed to freely leave her home during daytime hours. Defendant argues that the COVID-19 pandemic has intensified the isolation and loneliness already occasioned by home confinement.

This Court has previously found that Defendant's recent history and the circumstances associated with the alleged supervision violations merit the conditions imposed. The self-isolation and social distancing necessitated by the COVID-19 pandemic do not impose greater isolation than the existing release conditions, or greater than many other citizens are experiencing.

ORDER - 1

Accordingly, **IT IS ORDERED** Defendant's Motion, **ECF No. 886,** is **DENIED**.

**IT IS SO ORDERED.**

DATED November 4, 2020.



_____
                    JOHN T. RODGERS
        UNITED STATES MAGISTRATE JUDGE

ORDER - 2