PROB 12C
(6/16)

Report Date: November 9, 2020

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Nov 10, 2020**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kristina Dawn Russette            Case Number: 0980 1:16CR02006-EFS-11

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, WA 99260

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 15, 2017

Original Offense:     Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846

Original Sentence:    Prison - 30 Months              Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Alison Gregoire                 Date Supervision Commenced: July 19, 2018

Defense Attorney:     Amy Rubin                       Date Supervision Expires: July 18, 2021

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/28/2020, 3/13/2020, 05/29/2020 and 09/29/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Ms. Kristina Russette is alleged to have violated mandatory condition number 3 by ingesting morphine on or about October 23, 2020, based on urinalysis testing.<br><br>On July 19, 2018, Ms. Russette signed her conditions relative to case number 1:16CR02006-EFS-11, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Russette was made aware by her U.S. probation officer that she was required to refrain from using any illicit substances.<br><br>On October 23, 2020, the undersigned officer received a text message from the client in which she acknowledged having submitting a presumptive positive urinalysis sample for morphine on the day in question, but in which she indicated she had not used the substance. The client advised the sample had been forwarded to the lab for verification. |

Prob12C
**Re: Russette, Kristina Dawn**
**November 9, 2020**
**Page 2**

Specifically, on October 26, 2020, the undersigned officer received notification from Pioneer Human Services in Spokane, Washington, that the client had previously presented on October 23, 2020, to submit to random urinalysis testing, as required, following her assigned color being called by the provider, at which time Ms. Russette provided a urinalysis sample that reflected as presumptive positive for morphine. A drug use denial form was additionally received from the provider on the day in question, in which Ms. Russette marked the box denying ay illegal use of a prohibited substance.

On November 3, 2020, the results relative to Ms. Russette's morphine confirmation were received from the contract laboratory, ultimately confirming the presence of the substance in the sample provided by Ms. Russette. On November 5, 2020, telephonic contact was made with the client, at which time the parties discussed the laboratory report, as well as her current adjustment to supervised release at length. Ms. Russette continued to deny use of morphine, and instead alleged any result was likely the result of current prescription medication.

On November 9, 2020, the director of toxicology with the contract laboratory confirmed that while the level of the substance in the sample submitted was low and could be the result of poppy seed ingestion, it was not consistent with the client's use of her current prescription medication, either alone or in combination with each other.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 9, 2020

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Russette, Kristina Dawn**
**November 9, 2020**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Edward F. Shea*
_____
Signature of Judicial Officer

November 10, 2020
_____
Date